806

■ WALTER TRACZYK, Respondent, v. CAL BROS., INC., et al., Appellants.— All concur, except Henry, J., who dissents and votes to reverse the judgment and dismiss the complaint. (Appeal from judg-` ment of Monroe Trial Term in a negligence action.) Present—Williams, P. J., Bastow, Henry and Marsh, JJ.

■ MARVIN L. KEGERREIS, Appellant, v. RAYMOND B. BROOKS et al., Respondents.— Memorandum: In the exercise of a proper discretion the cross motion of plaintiff to retain venue in Herkimer County should have been granted. (Appeal from order of Monroe Special Term granting motion to change venue.) Present—Williams, P. J., Bastow, Henry and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE NEAL, Appellant.— Memorandum: Under the precise facts of this case, it was an abuse of discretion on the part of the Trial Judge not to permit the withdrawal of the plea of guilty. (Appeal from judgment of Erie County Court convicting defendant of unlawful entry and petit larceny.) Present—Williams, P. J., Bastow, Henry and Del Vecchio, JJ.